NOT FOR PUBLICATION (Docket No. 5)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | | |
|---|---|---|
| JADE LUGTU, | : | |
| Petitioner, | : | Civil No. 09-cv-06514 (RBK) |
| v. | : | **ORDER** |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

**THIS MATTER** having come before the Court upon a motion filed by Defendant United States of America (the "Government") to dismiss the Petition of Jade Lugtu ("Petitioner") to reduce or adjust his sentence pursuant to 28 U.S.C. § 2255; and the Court having considered the Government's papers; and Petitioner having failed to timely oppose the motion; and for the reasons expressed in an Opinion issued this day;

**IT IS HEREBY ORDERED** that the Government's motion to dismiss is **GRANTED**.

Date: 5-3-2010     /s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge